JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com

Attorney for Petitioner
LUIS TORRES GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES GUZMAN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-CV-07105-TLN-SCR<br><br>**STIPULATION AND ORDER** |

Petitioner Luis Torres Guzman, through counsel, and Respondent Warden, California City Detention Facility (CCDF), through its counsel, hereby stipulate that the due date for petitioner's Reply to the Answer in this habeas case under 28 U.S.C. 2241 be extended two weeks from September 23, 2026 to October 7, 2026.

The reason for this request is that petitioner's counsel was recently appointed and needs additional time to communicate with the petitioner in the CCDF, gather records, and prepare the Reply to the Answer in these proceedings.

Respondent does not object to this request.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 18, 2026

/s/ John Balazs
JOHN BALAZS

Attorney for Petitioner
LUIS TORRES GUZMAN

Dated: September 18, 2026

ERIC GRANT
U.S. Attorney

By: /s/ Jonathan H. Yu
JONATHAN H. YU
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 18, 2026

Troy L. Nunley
Chief United States District Judge